HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RUSSELL RANCH ROAD II LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>URBAN SETTLEMENT SERVICES, LLC, a Pennsylvania limited liability company,<br><br>Defendant. | CASE NO. CV 17-9008-GW(JPRx)<br><br>**ORDER RE: JOINT STIPULATION TO REMAND CASE TO SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**<br><br>Assigned: Hon. George H. Wu<br>[Courtroom 9D] |

# ORDER

PURSUANT TO THE JOINT STIPULATION TO REMAND THE CASE TO SUPERIOR COURT FOR THE STATE OF CALIFORNIA, COUNTY OF LOS ANGELES, AND GOOD CAUSE HAVING BEEN SHOWN THEREFORE, THE COURT HEREBY ORDERS THAT:

1. This case is remanded to the Superior Court of the State of California, for the County of Los Angeles, from which it was removed.

**IT IS SO ORDERED.**

DATED: May 16, 2018

*[signature]*

HONORABLE GEORGE H. WU
United States District Judge

HFB 1907676.1 U7701004

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
ONE CALIFORNIA PLAZA, 37TH FLOOR
300 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3147